Jeffrey Nussbaum, Esq. (SBN: 123781)
   jnussbaum@linerlaw.com
Kim Zeldin, Esq. (SBN: 135780)
   kzeldin@linerlaw.com
LINER GRODE STEIN YANKELEVITZ
SUNSHINE REGENSTREIF & TAYLOR LLP
199 Fremont Street, 20th Floor
San Francisco, CA 94105-2255
Telephone: (415) 489-7700
Facsimile: (415) 489-7701

Attorneys for Plaintiff,
RICHARD LIEBERMAN, as an individual and as
Trustee of the Richard Lieberman, M.D. APC
Defined Benefit Pension Plan

Oliver Benn, Esq. (SBN: 244618)
   obenn@DuaneMorris.com
DUANE MORRIS LLP
One Market, Spear Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001

Steven L. Friedman, Esq. *(Pro Hac Vice Pending)*
   slfriedman@DuaneMorris.com
Stephanie L. Kosta *(Pro Hac Vice Pending)*
   skosta@DuaneMorris.com
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1000
Facsimile: (215) 689-2193

Attorneys for Defendants,
HAWK MANAGEMENT L.P., HWC LLC,
DAVID S. CALLAN, and RICHARD SCOTT WILLIAMS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA -- SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICHARD LIEBERMAN, as an individual and as Trustee of the Richard Lieberman, M.D. APC Defined Benefit Pension Plan,<br><br>   Plaintiff,<br><br>   vs.<br><br>HAWK MANAGEMENT L.P.; HWC LLC; DAVID S. CALLAN, an individual; RICHARD SCOTT WILLIAMS, an | Case No. CV 10-00492 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL WITHOUT PREJUDICE OF ACTION** |

individual; and DOES 1 through 10,  )
                                    )
        Defendants.                 )
                                    )
_____)

Whereas Defendants Hawk Management L.P, HWC LLC, David S. Callan, and Richard Scott Williams (collectively "Defendants") have filed a Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(2) & 12(b)(3), or in the Alternative to Transfer.

Whereas Plaintiff Richard Lieberman, as an individual and as Trustee of the Richard Lieberman, M.D. APC Defined Benefit Pension Plan ("Plaintiff") disputes the merits of Defendants' Motion, but does not object to having the underlying dispute heard in Pennsylvania.

THE PARTIES BY AND THROUGH THEIR COUNSEL OF RECORD STIPULATE AS FOLLOWS:

1. Plaintiff hereby dismisses the action as to Defendants without prejudice.

2. Defendants have agreed that any and all statutes of limitations for causes of action that are contained in or could have been contained in the above-captioned action shall be tolled from the date of the filing of the above-captioned complaint in the Superior Court for the State of California in the City and County of San Francisco on December 22, 2009, until April 23, 2010.

3. Each party shall bear its own costs and attorney fees.

Dated: February 18, 2010        LINER GRODE STEIN YANKELEVITZ
                                SUNSHINE REGENSTREIF & TAYLOR LLP


                                By:    /s/ Jeffrey Nussbaum
                                    Jeffrey Nussbaum
                                    Kim Zeldin
                                    Attorneys for Plaintiff,
                                    RICHARD LIEBERMAN, as an individual
                                    and as Trustee of the Richard Lieberman,
                                    M.D. APC Defined Benefit Pension Plan

| | | |
|---|---|---|
| 1 | Dated: February 18, 2010 | DUANE MORRIS LLP |
| 2 | | |
| 3 | | By: _____/s/ Oliver Benn_____ |
| 4 | | Oliver Benn<br>Attorneys for Defendants, |
| 5 | | HAWK MANAGEMENT L.P., HWC LLC,<br>DAVID S. CALLAN, and RICHARD<br>SCOTT WILLIAMS |
| 6 | | |
| 7 | | |
| 8 | Dated: February 18, 2010 | DUANE MORRIS LLP |

By: _____/s/ Stephanie L. Kosta_____
Steven L. Friedman *(Pro Hac Vice Pending)*
Stephanie L. Kosta *(Pro Hac Vice Pending)*
Attorneys for Defendants,
HAWK MANAGEMENT L.P., HWC LLC,
DAVID S. CALLAN, and RICHARD
SCOTT WILLIAMS

PURSUANT TO STIPULATION,

IT IS SO ORDERED.

Dated: February 22, 2010.

_____
Honorable William H. [Alsup]
United St[ates District Judge]

IT IS SO ORDERED
/s/ Judge William Alsup

3  Case No. CV 10-00492 WHA
STIPULATION AND [PROPOSED] ORDER RE DISMISSAL WITHOUT PREJUDICE OF ACTION